[No. 15261-1-I. Division One. May 12, 1986.]

*In the Matter of the Marriage of* VAN R. PETERSON, *Appellant, and* CYNTHIA L. PETERSON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D-71365, Lloyd W. Bever, J., entered July 26, 1984. *Reversed* by unpublished opinion per Ringold, A.C.J., concurred in by Swanson, J., and Johnsen, J. Pro Tem.

[No. 15020-1-I. Division One. May 12, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. HOWARD L. ROSE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-1-00606-1, Gerald L. Knight, J., entered June 14, 1984. *Reversed* and *remanded* by unpublished opinion per Webster, J., concurred in by Coleman, J., and Johnsen, J. Pro Tem.

[No. 14183-0-I. Division One. May 12, 1986.]

IRVING A. SONKIN, *Appellant,* v. HERITAGE ESCROW SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-08093-2, Lee Kraft, J., entered November 28, 1983. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Swanson and Ringold, JJ.